1040

No. 84–5329. MINCEY v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 84–5375. HICKS v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 84–5417. THOMAS v. BROWN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 84–5432. UDELL v. DISTRICT OF COLUMBIA COURT OF APPEALS COMMITTEE ON ADMISSIONS. Ct. App. D. C. Certiorari denied.

No. 84–5439. MALLOY v. MARTIN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 84–5440. WILLIAMS v. FULTON COUNTY JAIL ET AL. C. A. 7th Cir. Certiorari denied.

No. 84–5446. SEAGLE v. ALLSBROOK, SUPERINTENDENT, ODOM CORRECTIONAL FACILITY. C. A. 4th Cir. Certiorari denied.

No. 84–5452. BOIVIN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 84–5456. STAPLES v. TOWNE ET AL. C. A. 7th Cir. Certiorari denied.

No. 84–5457. FULSOM v. WHITE, SUPERINTENDENT, MOBERLY TRAINING CENTER FOR MEN. C. A. 8th Cir. Certiorari denied.

No. 84–5462. CHOW v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 84–5464. TOMARCHIO v. EIGHTH JUDICIAL DISTRICT COURT OF NEVADA ET AL. Sup. Ct. Nev. Certiorari denied.

No. 84–5467. BRADLEY v. DEROBERTIS, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 84–5468. LEE v. NEW YORK CITY POLICE LABORATORY. C. A. 2d Cir. Certiorari denied.

No. 84–5469. STANBEARY v. ILLINOIS PRISON REVIEW BOARD. C. A. 7th Cir. Certiorari denied.